IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Christine A. Boineau, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 2:04-22765-HMH |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| Jo Anne Barnhart, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d). Christine A. Boineau ("Boineau") seeks attorney's fees for services rendered in the above-captioned social security action in the amount of Five Thousand Eight Hundred Fifty Dollars ($5,850.00) (calculated at $150.00 per hour times 39 attorney hours). The Commissioner does not object to the request for attorney's fees. Further, the court finds the hourly rate and number of hours to be reasonable.

Therefore, it is

**ORDERED** that Boineau is awarded a fee in the amount of Five Thousand Eight Hundred Fifty Dollars ($5,850.00).

**IT IS SO ORDERED**.

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
September 22, 2005